IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

v.     No. 4:15-cr-175-DPM-2

NICO HILL     DEFENDANT

## ORDER

Hill moves for early termination of his supervised release. The Probation Office supports early termination. The United States does not.

Hill was caught dealing a lot of methamphetamine. He was also involved in the illegal gun business. That merited a lengthy sentence, and the Court understands why the United States opposes early termination of his supervised release. But the circumstances leading to Hill's crime should be accounted for, too. He was lured away from a mostly law-abiding adult life during a time of vulnerability, which is why the Court granted a thirteen-month downward variance. He served his time and has done well in the three and a half years he's spent on supervised release. All material things considered, there's no useful purpose in continuing supervision for six more months. 18 U.S.C. § 3583(e). Hill's motion, *Doc. 125*, is granted. Well done.

So Ordered.

*WPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

8 July 2025

- 2 -